

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust, Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The parties' motions for rehearing are currently due on August 18, 2022. On August 15, 2022, the parties filed a joint motion to extend the deadline for filing motions for rehearing until September 16, 2022. After consideration, we **GRANT** the motion and **ORDER** the parties to file their motions for rehearing, if any, **by September 16, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court